# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:17-mj-0022 CMK

Benjamin A. Johnson

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY          STATE          ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 9-5-17                    _____
                                 DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:** 3 years summary court probation; excluded from BLM property for 3 years.
[X] Fine: $ 475.00  and a penalty assessment of $ 25.00  for a TOTAL AMOUNT OF: $ 500.00  within _____ days/months, or payments of $ 50.00 per month, commencing  10-1-17  and due on the  first  of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
    PO BOX 71363
    PHILADELPHIA, PA 19176-1363
    1-800-827-2982
    or
    Pay on-line at www.cvb.uscourts.gov
    and Click on "Pay On-Line"

[ ] CLERK, USDC
    2500 TULARE ST., RM. 1501
    FRESNO, CA 93721-1322

[X] CLERK, USDC
    501 I STREET, STE. 4-200
    SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 9-5-17                     _____
                                  U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                              EDCA-3